JS-6

**BROCK & GONZALES, LLP**
6701 Center Drive West, STE. 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, SBN. 241919
ab@brockgonzales.com
DOUGLAS B. HAYES, SBN. 232709
dh@brockgonzales.com
KENDALL R. WEAVER, SBN 354202
kw@brockgonzales.com
**Attorneys for Plaintiff**
Nathaniel McDonald

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MCDONALD, an individual,<br><br>       Plaintiff,<br><br>  vs.<br><br>CPC SPECIAL LOGISTIC WEST LLC, a Missouri Limited Liability Company; and DOES 1-50, inclusive,<br><br>       Defendants. | Case No.: 5:23-cv-02425 SSS (SHKx)<br>Complaint: October 3, 2023<br>Removal: November 30, 2023<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

# ORDER

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: June 11, 2025

_____
Honorable Sunshine S. Sykes
United States District Court Judge